Mark W. Lapham, Esq. (SBN 146352)
LAW OFFICES OF MARK W. LAPHAM
751 Diablo Rd.
Danville, CA 94526
TEL: (925) 837-9007
FAX: (925) 405-1616

Attorneys for Plaintiff
JOHN F. LUNDY

## IN THE UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. LUNDY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SELENE FINANCE, LP; MTC FINANCIAL d/b/a TRUSTEE CORPS; JPMORGAN CHASE BANK, N.A.; BANK OF AMERICA, N.A.; WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTIANA TRUST, as trustee for BCAT 2014-12TT and DOES 1-100 inclusive,<br><br>　　　　Defendant(s). | Case No.: 3:15-cv-05676-~~EDL~~  JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT JPMORGAN CHASE BANK, N.A'S MOTION TO DISMISS PURSUANT TO CIVIL LOCAL RULE 6-2** |

　　The Court, having reviewed the parties' Stipulated Request for an Order extending time for Plaintiff to respond to Defendant's Motion to Dismiss Pursuant to Civil Local Rule 6-2.

**IT IS SO ORDERED.**

　　1.　The deadline for Plaintiff to respond to Defendants' Motion to Dismiss shall be extended up to and including <u>February 4, 2016</u>.

　　2.　The deadline for Defendants to reply to Plaintiff's response to Motions shall be extended up to and including <u>February 11, 2016</u>.

Dated: ~~January~~ February 1, 2016　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge