Mark W. Lapham, Esq. (SBN 146352)
LAW OFFICES OF MARK W. LAPHAM
751 Diablo Rd.
Danville, CA 94526
TEL: (925) 837-9007
FAX: (925) 405-1616

Attorneys for Plaintiff
JOHN F. LUNDY

## IN THE UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. LUNDY | Case No.: 3:15-cv-05676-~~EDL~~ JST |
| Plaintiff, | |
| v. | **[PROPOSED]** **ORDER GRANTING STIPULATED REQUEST FOR ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS' MOTION TO DISMISS PURSUANT TO CIVIL LOCAL RULE 6-2** |
| SELENE FINANCE, LP; MTC FINANCIAL d/b/a TRUSTEE CORPS; JPMORGAN CHASE BANK, N.A.; BANK OF AMERICA, N.A.; WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTIANA TRUST, as trustee for BCAT 2014-12TT and DOES 1-100 inclusive, | |
| Defendant(s). | |

The Court, having reviewed the parties' Stipulated Request for an Order extending time for Plaintiff to respond to Defendant's Motion to Dismiss Pursuant to Civil Local Rule 6-2.

**IT IS SO ORDERED.**

    1.   The deadline for Plaintiff to respond to Defendants' Motion to Dismiss shall be extended up to and including <u>February 4, 2016</u>.

    2.   The deadline for Defendants to reply to Plaintiff's response to Motions shall be extended up to and including <u>February 11, 2016</u>.

February 1
Dated: ~~January~~ ___, 2016

_____
United States District Judge