UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN F. LUNDY,

    Plaintiff,

    v.

SELENE FINANCE, LP, et al.,

    Defendants.

Case No. 15-cv-05676-JST

**ORDER GRANTING IN PART STIPULATION TO CONTINUE HEARING AND BRIEFING DEADLINES ON MOTION TO DISMISS**

Re: ECF No. 45

On February 4, 2016, Plaintiff John Lundy and Defendant JP Morgan Chase Bank, N.A. filed a stipulation to continue all deadlines related to Defendant's Motion to Dismiss, pending settlement negotiations. ECF No. 45. They request that the deadlines for Plaintiff's response, Defendant's reply, and the hearing date for the motion all be continued, and that if no settlement is reached by March 15, 2016, Defendant will re-notice its Motion to Dismiss.

The stipulation is granted in part. The deadline for Plaintiff's response is continued to March 31, 2016. The deadline for Defendant's reply is continued to April 7, 2016. The hearing on the motion is continued to April 21, 2016 at 2:00 p.m.

The Court notes that the stipulation was filed on the same date as the original deadline for Plaintiff's response to the motion. To request a continuance of a deadline on the day of that deadline is to assume that the requested relief will be granted. The parties are advised that future requests for enlargements of time should be filed sufficiently in advance for the Court to give them due consideration.

IT IS SO ORDERED.

Dated: February 8, 2016

                                        JON S. TIGAR
                                      United States District Judge