AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | **District of** | California |

JOHN F. LUNDY

Plaintiff (s),

V.

SELENE FINANCE, LP, et al

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-05676-JST

Notice is hereby given that, subject to approval by the court, __JOHN F. LUNDY__ substitutes
(Party (s) Name)

__Charles T. Marshall__, State Bar No. __176091__ as counsel of record in
(Name of New Attorney)

place of __Mark W. Lapham__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:      LAW OFFICES OF CHARLES T. MARSHALL
  Address:        415 Laurel St., #405, San Diego, CA 92101
  Telephone:      (619) 807-2628           Facsimile   (866) 575-7413
  E-Mail (Optional): cmarshall@marshallestatelaw.com

I consent to the above substitution.

Date:   3/14/2016

/s/ John F. Lundy

(Signature of Party (s))

I consent to being substituted.

Date:   3/14/2016

/s/ Mark W. Lapham

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   3/14/2016

/s/ Charles T. Marshall

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   March 15, 2016

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**