UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. LUNDY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SELENE FINANCE, LP, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-05676-JST<br><br>**ORDER VACATING HEARINGS AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF Nos. 31, 57 |

Before the Court are two Motions to Dismiss filed by Defendants JP Morgan Chase Bank and Bank of America, N.A. ECF Nos. 33, 57. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), as well as the Court's March 17, 2016 order resolving two similar motions to dismiss filed in this case, ECF No. 73, the Court finds these matters suitable for disposition without oral argument. The hearing on these matters, currently scheduled for April 14 and April 21, are both hereby VACATED.

If, however, any party advises the Court in writing by no later than two days from the date of this Order that most or all of the argument for its side will be conducted by a lawyer who has been licensed to practice law for five or fewer years, and who has not previously presented argument before this Court, then the Court will reschedule the hearing at a time that is convenient to all parties in order to provide that opportunity. Counsel shall confer with each other, and the party requesting the rescheduling of the hearing shall identify the upcoming available dates on the Court's calendar at which all counsel are available for the hearing.

The Initial Case Management Conference currently scheduled for March 30, 2016 is hereby continued to April 27, 2016. The Court notes that although the parties' Joint Case Management Statement was due on March 16, 2016, see ECF No. 25, no statement was filed. Further, the parties have been issued a clerk's notice of non-compliance regarding this Court's order to file their ADR Certification and Stipulation or Proposed Order Selecting an ADR Process. ECF No. 71.

A Joint Case Management Statement is due by April 13, 2016. The parties are cautioned

1   that further noncompliance with the Court's deadlines may result in sanctions.

2   **IT IS SO ORDERED.**

3   Dated: March 18, 2016

_____
JON S. TIGAR
United States District Judge