UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. LUNDY,<br>　　　　　Plaintiff,<br>　　v.<br>SELENE FINANCE, LP, et al.,<br>　　　　　Defendants. | Case No. 15-cv-05676-JST<br><br>**ORDER TO SHOW CAUSE**<br>Re: ECF No. 72 |

On March 17, 2016, this Court held a motion hearing on two Motions to Dismiss and a Motion to Expunge Lis Pendens. ECF No. 72; see also ECF Nos. 26, 33, 28. Though the motions were properly noticed and Plaintiff responded to all three of them, Plaintiff did not appear at the hearing.

Federal courts have inherent power to impose monetary or other sanctions in order to control the conduct of the proceedings, protect the "orderly administration of justice" and to maintain "the authority and dignity of the court." Roadway Express, Inc. v. Piper, 447 U.S. 752, 764-67 (1980) (citations omitted). Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE why monetary sanctions should not be imposed for his failure to appear at the March 17, 2016 hearing. Should Plaintiff contest this order, a written response must be filed by April 13, 2016. A hearing on this Order to Show Cause shall be held on April 27, 2016, at 2:00 p.m., concurrent with the Initial Case Management Conference that has been scheduled, by separate

/ / /

/ / /

/ / /

/ / /

/ / /

1  order, for the same date and time.  If monetary sanctions are imposed, they will be imposed
2  against counsel.
3      IT IS SO ORDERED.
4  Dated:  March 18, 2016

_____
JON S. TIGAR
United States District Judge