UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. LUNDY,<br><br>    Plaintiff,<br><br>    v.<br><br>SELENE FINANCE, LP, et al.,<br><br>    Defendants. | Case No. 15-cv-05676-JST<br><br>**ORDER RE: NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Re: ECF No. 76 |

Plaintiff has filed a Stipulation to Not File An Opposition to Defendant's JP Morgan Chase Bank, N.A. Motion to Dismiss, indicating that Plaintiff does not intend to file an opposition to Chase's Motion to Dismiss in light of pending settlement negotiations. ECF No. 76. The Court construes this as a notice of non-opposition to Chase's motion. No further action is required.

IT IS SO ORDERED.

Dated: March 31, 2016

_____
JON S. TIGAR
United States District Judge