WRIGHT, FINLAY & ZAK, LLP
Gwen H. Ribar, Esq., SBN 188024
Ruby J. Chavez, Esq., SBN 267405
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
gribar@wrightlegal.net; rchavez@wrightlegal.net

Attorneys for Defendants, Selene Finance LP and Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-12TT

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

| | |
|---|---|
| JOHN F. LUNDY<br><br>Plaintiff,<br><br>vs.<br><br>SELENE FINANCE, LP; MTC FINANCIAL d/b/a TRUSTEE CORPS; JPMORGAN CHASE BANK, N.A.; BANK OF AMERICA, N.A.; WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTIANA TRUST, as trustee for BCAT 2014-12TT and DOES 1-100 inclusive,<br><br>Defendants. | Case No.: 15-05676-JST<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1  **Private Process:**   Private ADR - <u>Private Mediation to be completed on or before
2  July 6, 2016 -  Mediation provider to be agreed upon among parties.</u>

|  |  |  |
|---|---|---|
|  |  | Respectfully Submitted, |
|  |  | WRIGHT, FINLAY & ZAK, LLP |
| Dated: April 7, 2016 | By: | <u>/s/Ruby J. Chavez</u> |
|  |  | Gwen H. Ribar, Esq. |
|  |  | Ruby J. Chavez, Esq. |
|  |  | Attorney for Defendants, |
|  |  | Selene Finance LP and Wilmington Savings Fund Society, FSB, doing Business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-12TT |
|  |  | DAVIS WRIGHT TREMAINE LLP |
| Dated: April 7, 2016 | By: | <u>/s/ John Douglas Freed, Esq.</u> |
|  |  | John Douglas Freed, Esq. |
|  |  | Attorneys for Defendant, JPMORGAN CHASE BANK, N.A. |
|  |  | REED SMITH LLP |
| Dated: April 7, 2016 | By: | <u>/s/ Tyler Austin Carle</u> |
|  |  | Tyler Austin Carle, Esq |
|  |  | Attorneys for Defendant, |
|  |  | BANK OF AMERICA, N.A. |
|  |  | LAW OFFICES OF CHARLES T. MARSHALL |
| Dated: April 7, 2016 | By: | <u>/s/ Charles T. Marshall</u> |
|  |  | Tyler Austin Carle, Esq |
|  |  | Attorneys for Plaintiff, |
|  |  | JOHN F. LUNDY |

2

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

**[PROPOSED] ORDER**

☒  The parties' stipulation is adopted and IT IS SO ORDERED.

☐  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: April 12, 2016

_____
Hon. Jon S. Tigar