UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. LUNDY,<br><br>    Plaintiff,<br><br>    v.<br><br>SELENE FINANCE, LP, et al.,<br><br>    Defendants. | Case No. 15-cv-05676-JST<br><br>**ORDER VACATING ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 75 |

On March 18, 2016, the Court issued an Order to Show Cause regarding Plaintiff's failure to appear at a motion hearing held on March 17, 2016. ECF No. 75. In light of Plaintiff's response filed on April 13, 2016, ECF No. 82, the Order to Show Cause is hereby vacated.

IT IS SO ORDERED.

Dated: April 21, 2016

_____
JON S. TIGAR
United States District Judge