Charles T. Marshall, Esquire (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California 92101
Tel:      619-807-2628
Fax:                    866-575-7413
Email: cmarshall@marshallestatelaw.com

Attorneys for Plaintiff
JOHN F. LUNDY

**IN THE UNITED STATES DISTRICT COURT**

**THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN F. LUNDY | Case No. 3:15-cv-05676-~~EDL~~ JST |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| SELENE FINANCE, LP; MTC FINANCIAL d/b/a TRUSTEE CORPS; JPMORGAN CHASE BANK, N.A.; BANK OF AMERICA, N.A.; WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTIANA TRUST, as trustee for BCAT 2014-12TT and DOES 1-100 inclusive, | |
| Defendant(s). | |

WHEREAS, on April 28, 2016, this Court granted Plaintiff leave to amend complaint;

WHEREAS, First Amended Complaint is due May 10, 2016.;

WHEREAS, Plaintiff and Defendants Chase and Bank of America are in the process of finalizing and executing respective settlement agreements, disposing of this case only as to same litigants, the parties stipulate to extending the time for Plaintiff to file his First Amended Complaint for 30 days;

NOW THEREFORE, Plaintiff and Defendants HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiff's time to file his First Amended Complaint is extended for 30 days to June 9, 2016, pending finalization of settlement.

IT IS SO STIPULATED.

DATED: May 6, 2016

DAVIS WRIGHT TREMAINE LLP
Jake Freed

By: */s/ Jake Freed*
    Jake Freed
    Attorneys for Defendant
    JPMORGAN CHASE BANK, N.A.

Reed Smith LLP
Tyler Austin Carle

By: */s/ Tyler Austin Carle*
    Tyler Austin Carle
    Attorneys for Defendant
    Bank of America, N.A.

LAW OFFICES OF CHARLES T. MARSHALL
Charles T. Marshall

By: */s/ Charles T. Marshall*
    Charles T. Marshall
    Attorneys for Plaintiff
    JOHN F. LUNDY

**CERTIFICATION OF CONCURRENCE**

Pursuant to L.R. 5-1, I hereby attest that John D. Freed, Esq, counsel for Defendant JPMORGAN CHASE BANK, N.A, and Tyler Austin Carle Esq, counsel for Defendant Bank of America, N.A. have provided his concurrence in the electronic filing of the foregoing document entitled STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT.

/s/ *Charles T. Marshall*
Charles T. Marshall

ORDER

It is so ordered.

Date: May 9, 2016