United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN F. LUNDY,

               Plaintiff,

     v.

SELENE FINANCE, LP, et al.,

               Defendants.

Case No.  15-cv-05676-JST

**ORDER GRANTING EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**

Re: ECF No. 92

The stipulated request to continue the deadline for Plaintiff to file his First Amended Complaint is granted.  ECF No. 92.  Plaintiff shall file his First Amended Complaint by July 9, 2016.  In light of this continuance, the Case Management Conference currently scheduled for June 22, 2016, is continued to July 27, 2016 at 2:00 p.m.  A Joint Case Management Statement is due five courts days beforehand.

     IT IS SO ORDERED.

Dated: June 8, 2016

_____

JON S. TIGAR
United States District Judge