UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. LUNDY,<br><br>    Plaintiff,<br><br>v.<br><br>SELENE FINANCE, LP, et al.,<br><br>    Defendants. | Case No. 15-cv-05676-JST<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>Re: ECF No. 95 |

    The parties' stipulated request for an extension of time for Plaintiff to file his First Amended Complaint is granted. ECF No. 95. However, the Court notes that the parties declined to file their request until two days after the complaint was due, which effectively assumed that the relief had been granted before it was requested of the Court.

    The deadline for the First Amended Complaint is continued to July 25, 2016. No further extensions will be granted.

    IT IS SO ORDERED.

Dated: July 13, 2016

                                    JON S. TIGAR
                                    United States District Judge