UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN F. LUNDY,

    Plaintiff,

  v.

SELENE FINANCE, LP, et al.,

    Defendants.

Case No. 15-cv-05676-JST

**ORDER TO FILE STIPULATION OF DISMISSAL**

Re: Dkt. No. 102

    Plaintiff filed a Notice of Settlement on July 21, 2016. See ECF No. 102. Accordingly, all deadlines and hearings in this case are VACATED. By September 5, 2016, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

    The Court also hereby sets a case management conference on September 21, 2016 at 2:00 p.m. The September 21 conference will be automatically vacated if a stipulation of dismissal is timely filed.

    Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

    **IT IS SO ORDERED**.

Dated: July 21, 2016

_____
JON S. TIGAR
United States District Judge