UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. LUNDY,<br><br>   Plaintiff,<br><br>   v.<br><br>SELENE FINANCE, LP, et al.,<br><br>   Defendants. | Case No. 15-cv-05676-JST<br><br>**ORDER MODIFYING ORDER TO FILE STIPULATION OF DISMISSAL; SCHEDULING ORDER** |

In response to a notice of settlement filed by the Plaintiff, ECF No. 102, the Court ordered Plaintiff to file a notice of dismissal, or take other action, by September 5, 2016. ECF No. 103. Plaintiff subsequently clarified that his notice of settlement related only to defendant Bank of America, N.A. ECF No. 105. The Court amends its prior order to specify that a notice of dismissal or other document as set forth in ECF No. 103 need only be filed as to Bank of America. The Court also rescinds that portion of its prior order vacating all deadlines.

The Court previously scheduled a case management conference on July 27, 2016, which is hereby vacated. The Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to amend the complaint[1] | August 1, 2016 |

---

[1] At the parties' request, the Court previously extended the deadline for filing of an amended complaint until July 25, 2016. Because the Court's prior order may have created some confusion, the Court has added one week to this deadline.

| **Event** | **Deadline** |
|---|---|
| Deadline to amend the answer | January 3, 2017 |
| Fact discovery cut-off | January 20, 2017 |
| Expert disclosures | February 10, 2017 |
| Expert rebuttal | March 3, 2017 |
| Expert discovery cut-off | March 17, 2017 |
| Deadline to file dispositive motions | April 7, 2017 |
| Pretrial conference statement due | June 20, 2017 |
| Pretrial conference | June 30, 2017 at 2:00 p.m. |
| Trial | July 24, 2017 at 8:30 a.m. |
| Estimate of trial length (in days) | Five |

This case will be tried to a jury.

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates.  All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm.  Requests for continuance are disfavored.  The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant

/ / /

/ / /

/ / /

/ / /

1  a continuance.  The Court will not consider the pendency of settlement discussions as good cause
2  to grant a continuance.
3         IT IS SO ORDERED.
4  Dated: July 25, 2016



JON S. TIGAR
United States District Judge