# UNITED STATES DISTRICT COURT
## CALIFORNIA NORTHERN DISTRICT (SAN FRANCISCO)

| | |
|---|---|
| JOHN F. LUNDY<br><br>　　　　Plaintiff,<br>　vs.<br><br>SELENE FINANCE, LP; MTC FINANCIAL d/b/a TRUSTEE CORPS; JPMORGAN CHASE BANK, N.A.; BANK OF AMERICA, N.A.; WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTIANA TRUST, as trustee for BCAT 2014-12TT and DOES 1-100 inclusive,<br><br>　　　　Defendants. | Case No.: 15-05676-JST<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND DISCOVERY CUTOFF DATE PREVIOUSLY SET PER SCHEDULING ORDER ISSUED BY THE COURT ON JULY 25, 2016**<br><br>*[Filed concurrently with Stipulation]* |

　　　The Court, having reviewed the Parties Stipulation to Extend the Discovery Cutoff Date Previously set per the Scheduling Order Issued by this Court on July 25, 2016 grants the Parties request and continues all the current deadliness as follows:

///

///

1

1      Fact discovery cut-off is continued from January 20, 2017 to __March 17, 2017__.
2 All deadlines related to the discovery cut-off date shall be continued accordingly.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December _20_, 2016

_____
Hon. Jon S. Tigar
United States District Judge

2

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DISCOVERY CUTOFF DATE PREVIOUSLY SET PER SCHEDULING ORDER ISSUED BY THE COURT ON JULY 25, 2016