Charles T. Marshall, Esquire (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California 92101
Tel:    619-807-2628
Fax:   866-575-7413
Email: cmarshall@marshallestatelaw.com

Attorneys for Plaintiff
JOHN F. LUNDY

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. LUNDY<br><br>        Plaintiff,<br>    v.<br><br>SELENE FINANCE, LP; MTC FINANCIAL d/b/a TRUSTEE CORPS; JPMORGAN CHASE BANK, N.A.; BANK OF AMERICA, N.A.; WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTIANA TRUST, as trustee for BCAT 2014-12TT and DOES 1-100 inclusive,<br><br>        Defendant(s). | Case No. 3:15-cv-05676-EDL<br><br>**STIPULATION OF DISMISSAL OF CAUSE OF ACTION: VIOLATION OF CALIFORNIA CIVIL CODE SECTION 2923.55(a) and 55(b)(1)(B)**<br><br>Complaint filed: Nov. 6, 2016 |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, John F. Lundy, and Defendants, Selene Finance LP and Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-12TT (collectively the "Parties")[1] by and through their attorneys, hereby stipulate and agree as follows:

1. The Parties agree to dismiss the third cause of action for Violation of Cal. Civil Code sections 2923.55(a) and 55(b)(1)(B).

---

[1] A [Proposed] Judgment (Document No. 104) was filed by Defendant MTC Financial Inc. dba Trustee Corps on July 22, 2016.  The [Proposed] Judgment has not yet been signed by the Court.

1

| | |
|---|---|
| Dated: February 7, 2017 | LAW OFFICES OF CHARLES T. MARSHALL |
| | /s/ Charles T. Marshall, Esq.<br>Charles T. Marshall<br>Attorney for Plaintiff<br>JOHN F. LUNDY |
| Dated: February 7, 2017 | WRIGHT, FINLAY, & ZAK |
| | /s/ Ruby J. Chavez, Esq.<br>Ruby Chavez, Esq.<br>Attorneys for Defendant,<br>SELENE FINANCE, LP |

## [~~PROPOSED~~] ORDER

The Court, having reviewed the stipulation of Plaintiff, John F. Lundy, and Defendants, Selene Finance LP and Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-12TT (collectively the "Parties"), and good cause appearing, hereby orders as follows:

1. Parties having agreed to dismiss only cause of action: Violation of Cal. Civil Code sections 2923.55(a) and 55(b)(1)(B), and not the entire case, same cause of action is hereby dismissed.

**IT IS SO ORDERED.**

Dated: February 7, 2017

_____
Honorable United States Judge
Northern District of California