UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. LUNDY,<br><br>        Plaintiff,<br><br>    v.<br><br>SELENE FINANCE, LP, et al.,<br><br>        Defendants. | Case No.15-cv-05676-JST<br><br>**ORDER TO SHOW CAUSE** |

The Court orders Plaintiff to show cause why this case should not be dismissed for lack of standing because John Lundy transferred title to the subject property to his wife. See, e.g., Estrada v. Servis One, Inc., No. 16-CV-853-BEN (BGS), 2016 WL 1450719, at *2 (S.D. Cal. Apr. 13, 2016) ("As Plaintiff has not shown that . . . she has legal title to the property, it appears that she lacks standing and is not the real party in interest."). Both parties shall file supplemental briefs no longer than 5 pages by May 15, 2017.

In light of the need for supplemental briefing, the Court continues the hearing on the motion for summary judgment to June 8, 2016 at 2:00 p.m.

IT IS SO ORDERED.

Dated: May 8, 2017

                                                  JON S. TIGAR
                                                  United States District Judge