Michael Yesk (SB#130056)
Yesk Law
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
(925) 849-5525
yesklaw@gmail.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JOHN F. LUNDY, et al., | Case No.: 3:15-cv-05676-JST |
| Plaintiffs | STIPULATION FOR DISMISSAL OF COMPLAINT BY NANCY LUNDY WITH PREJUDICE; ORDER THEREON |
| vs. | |
| SELENE FINANCE, LP; MTC FINANCIAL d/b/a TRUSTEE CORPS; JPMORGAN CHASE BANK, N.A.; BANK OF AMERICA, N.A.; WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTIANA TRUST, as trustee for BCAT 2014-12TT and DOES 1-100 inclusive, | |
| Defendants. | |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT:

1. Pursuant to the Court's Order of June 20, 2017 Dismissing Case for Lack of Standing, Nancy Lundy Ratified the Complaint in this matter, and became the Plaintiff in this action.

2. The parties have now settled the case between them in its entirety.

STIPULATION FOR DISMISSAL OF COMPLAINT BY NANCY LUNDY WITH PREJUDICE; ORDER
THEREON - 1
3:15-cv-05676-JST

THEREFORE, the parties hereby stipulate and agree that the case be dismissed with prejudice, each side to bear its own costs and fees.

Dated: Jan. 17, 2018        /s/ Michael Yesk
Michael Yesk, Esq.
Attorney for Plaintiffs John and Nancy Lundy

Dated: Jan. 17, 2018        /s/ Ruby Chavez
Ruby Chavez, Esq.
Wright Finlay & Zak
Attorney for Defendants

The COURT having reviewed this Stipulation and good cause being shown:

IT IS HEREBY ORDERED THAT the above-entitled case is Dismissed With Prejudice:

Dated: Jan. 17 2018        _____
United States District Court Judge